**No. 65921.**—Penson & Co. et al. *v.* United States, protests 197307–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics similar in all material respects to those the subject of Abstract 64266, the claim of the plaintiffs was sustained.